**Opinion issued September 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00218-CR

————————————

## IN RE RONNIE L. WILLIAMS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On March 14, 2013, the relator, Ronnie L. Williams, filed a petition for writ of mandamus, seeking to compel the trial court to rule on his motion to compel discovery.[1]

---

[1] The underlying case is *State v. Ronnie L. Williams*, No. 2012-37678, in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding.

We **deny** the petition for writ of mandamus.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).